UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY MARIE UNDERHILL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                                                   /

Case No. 13-cv-11952

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION**
(document no. 17), **GRANTING IN PART UNDERHILL'S MOTION
FOR SUMMARY JUDGMENT** (document no. 12), **DENYING COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT** (document no. 15), **AND REMANDING CASE**

    The Social Security Administration denied plaintiff and claimant Kelly Underhill's application for a period of disability and disability insurance benefits. An Administrative Law Judge issued the original decision. *See* ALJ Decision, ECF No. 8-2, at 26. After the SSA Appeals Council declined to review the ruling, Underhill appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross motions for summary judgment. On August 7, 2014, the magistrate judge issued a Report and Recommendation suggesting the Court grant in part Underhill's motion and deny the Commissioner of Social Security's motion. Report, ECF No. 17.

    A copy of the Report was sent to the parties on August 7, 2014. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De Novo review of the magistrate judge's findings is therefore not required. *See* Fed.R.Civ.P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will

enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that Underhill's motion for summary judgment (document no. 12) is **GRANTED IN PART**. This matter is **REMANDED** to the Commissioner for proceedings not inconsistent with this opinion.

**IT IS FURTHER ORDERED** that the magistrate judge's Report and Recommendation (document no. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 15) is **DENIED**.

**SO ORDERED**.

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: September 18, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2014, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager